**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-7429**

―――――――――

JAMES FORBES,

                                    Plaintiff - Appellant,

        versus

L. THOMPSON, Doctor; NURSE EPPERSON,

                                    Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-96-818-2)

―――――――――

Submitted:  March 12, 1998        Decided:  March 24, 1998

―――――――――

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

James Forbes, Appellant Pro Se.  David Ernest Boelzner, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Forbes v. Thompson</u>, No. CA-96-818-2 (E.D. Va. Sept. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>